**STATE of Missouri, Plaintiff/Respondent,**

v.

**Tommy E. REED, Defendant/Appellant.**

No. 66217.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Frank A. Anzalone, Clayton, for appellant.

Andrea Harbin, Asst. Pros. Atty., St. Louis County, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by the court of the class A misdemeanor of harassment, § 565.090 RSMo Supp.1993. We affirm.

We have reviewed the record and find the claims of error to be without merit. A written opinion would have no precedential value nor serve any jurisprudential purpose. The judgment is affirmed pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Michael SALYERS, Appellant.**

No. 64902.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Talat M. Bashir, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Michael Salyers, appeals from a conviction in the Circuit Court of the County of St. Charles of one count of attempted burglary in the second degree in violation of RSMo §§ 564.011 and 569.170 (Supp.1993), for which appellant was sentenced to seven years' imprisonment. We affirm.

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rule 30.25(b).